# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2007

133682 & (56)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STATE NEWS,
           Plaintiff-Appellee,

v

MICHIGAN STATE UNIVERSITY,
        Defendant-Appellant.

SC: 133682
COA: 271433
Ingham CC: 06-000674-CZ

_____/

On order of the Court, the motion for leave to file an amicus curiae brief is GRANTED. The application for leave to appeal the March 6, 2007 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the Court of Appeals erred in instructing the Ingham Circuit Court, on remand, regarding the "personal nature" of public records covered by the Freedom of Information Act privacy exemption, MCL 15.243(1)(a), or the law enforcement purposes privacy exemption, MCL 15.243(1)(b)(iii), including whether the "personal nature" of such records may be affected by the contemporaneous or later public status of some or all of the information. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2007

_____
Clerk

p1002